| EMP. NO. | EMPLOYEE NAME | | | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. | |
|---|---|---|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | | | 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 | 01/28/10 | 02/03/10 | 00007730 | |
| | | EARNINGS | | | DEDUCTIONS | | | STD. WITH-HOLDINGS | |
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 38.45 | 23.500 | REG AL | 903.58 | 3549.45 | INSURANC | 135.93 | 543.72 | FWT | 59.75 | 229.25 |
| | | | | | | | | SSEC | 47.59 | 186.35 |
| | | | | | | | | MDCR | 11.13 | 43.58 |
| | | | | | | | | SWT AL | 30.23 | 118.14 |
| | | | | | | | | CNT AL002 | 3.84 | 15.03 |
| | TOTAL | | 903.58 | 3549.45 | | 135.93 | 543.72 | | 152.54 | 592.35 |
| | | | | | | | | NET CHECK | | 615.11 |

| EMP. NO. | EMPLOYEE NAME | | | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. | |
|---|---|---|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | | | 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 | 02/04/10 | 02/10/10 | 00007748 | |
| | | EARNINGS | | | DEDUCTIONS | | | STD. WITH-HOLDINGS | |
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 39.43 | 23.500 | REG AL | 926.61 | 4476.06 | INSURANC | 135.93 | 679.65 | FWT | 63.20 | 292.45 |
| | | | | | | | | SSEC | 49.02 | 235.37 |
| | | | | | | | | MDCR | 11.46 | 55.04 |
| | | | | | | | | SWT AL | 31.19 | 149.33 |
| | | | | | | | | CNT AL002 | 3.95 | 18.98 |
| | TOTAL | | 926.61 | 4476.06 | | 135.93 | 679.65 | | 158.82 | 751.17 |
| | | | | | | | | NET CHECK | | 631.86 |



| EMP. NO. | EMPLOYEE NAME | | | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | | | 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 | 01/07/10 | 01/13/10 | 00007695 |

| | | EARNINGS | | | | DEDUCTIONS | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 37.02 | 23.500 | REG AL | 869.97 | 869.97 | INSURANC | 135.93 | 135.93 | FWT | 54.70 | 54.70 |
| | | | | | | | | SSEC | 45.51 | 45.51 |
| | | | | | | | | MDCR | 10.64 | 10.64 |
| | | | | | | | | SWT AL | 28.80 | 28.80 |
| | | | | | | | | CNT AL002 | 3.67 | 3.67 |
| | TOTAL | | 869.97 | 869.97 | | 135.93 | 135.93 | | 143.32 | 143.32 |
| | | | | | | | | NET CHECK | | 590.72 |

| EMP. NO. | EMPLOYEE NAME | | | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | | | 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 | 01/14/10 | 01/20/10 | 00007704 |

| | | EARNINGS | | | | DEDUCTIONS | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 37.90 | 23.500 | REG AL | 890.65 | 1760.62 | INSURANC | 135.93 | 271.86 | FWT | 57.80 | 112.50 |
| | | | | | | | | SSEC | 46.79 | 92.30 |
| | | | | | | | | MDCR | 10.94 | 21.58 |
| | | | | | | | | SWT AL | 29.69 | 58.49 |
| | | | | | | | | CNT AL002 | 3.77 | 7.44 |
| | TOTAL | | 890.65 | 1760.62 | | 135.93 | 271.86 | | 148.99 | 292.31 |
| | | | | | | | | NET CHECK | | 605.73 |

| EMP. NO. | EMPLOYEE NAME | | | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | | | 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 | 01/21/10 | 01/27/10 | 00007721 |

| | | EARNINGS | | | | DEDUCTIONS | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 37.67 | 23.500 | REG AL | 885.25 | 2645.87 | INSURANC | 135.93 | 407.79 | FWT | 57.00 | 169.50 |
| | | | | | | | | SSEC | 46.46 | 138.76 |
| | | | | | | | | MDCR | 10.87 | 32.45 |
| | | | | | | | | SWT AL | 29.42 | 87.91 |
| | | | | | | | | CNT AL002 | 3.75 | 11.19 |
| | TOTAL | | 885.25 | 2645.87 | | 135.93 | 407.79 | | 147.50 | 439.81 |
| | | | | | | | | NET CHECK | | 601.82 |

| EMP. NO. | EMPLOYEE NAME | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | 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 | 12/17/09 | 12/24/09 | 00007657 |

| EARNINGS | | | | | DEDUCTIONS | | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 39.45 | 23.500 | REG AL | 927.08 | 45590.10 | INSURANC | 135.93 | 6680.22 | FWT | 63.30 | 3389.45 |
| | | OVT YTD02 | | 513.27 | | | | SSEC | 49.05 | 2514.60 |
| | | | | | | | | MDCR | 11.47 | 588.10 |
| | | | | | | | | SWT AL | 31.21 | 1584.03 |
| | | | | | | | | CNT AL002 | 3.96 | 202.81 |
| TOTAL | | | 927.08 | 47238.37 | | 135.93 | 6680.22 | | 158.99 | 8278.99 |
| | | | | | | | | NET CHECK | | 632.16 |

| EMP. NO. | EMPLOYEE NAME | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | 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 | 12/24/09 | 12/31/09 | 00007666 |

| EARNINGS | | | | | DEDUCTIONS | | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 29.80 | 23.500 | REG AL | 700.30 | 46290.40 | INSURANC | 135.93 | 6816.15 | FWT | 29.25 | 3418.70 |
| | | OVT YTD02 | | 513.27 | | | | SSEC | 34.99 | 2549.59 |
| | | | | | | | | MDCR | 8.18 | 596.28 |
| | | | | | | | | SWT AL | 21.57 | 1605.60 |
| | | | | | | | | CNT AL002 | 2.82 | 205.63 |
| TOTAL | | | 700.30 | 47938.67 | | 135.93 | 6816.15 | | 96.81 | 8375.80 |
| | | | | | | | | NET CHECK | | 467.56 |

| EMP. NO. | EMPLOYEE NAME | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | 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 | 12/31/09 | 01/07/10 | 00007685 |

| EARNINGS | | | | | DEDUCTIONS | | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 78.05 | 23.500 | REG AL | 1834.18 | 48124.58 | INSURANC | 135.93 | 6952.08 | FWT | 284.80 | 3703.50 |
| | | OVT YTD02 | | 513.27 | | | | SSEC | 105.29 | 2684.02 |
| | | | | | | | | MDCR | 24.62 | 627.72 |
| | | | | | | | | SWT AL | 65.52 | 1684.22 |
| | | | | | | | | CNT AL002 | 8.49 | 216.48 |
| TOTAL | | | 1834.18 | 50242.85 | | 135.93 | 6952.08 | | 488.72 | 8915.94 |
| | | | | | | | | NET CHECK | | 1209.53 |

| EMP. NO. | EMPLOYEE NAME | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | 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 | 02/11/10 | 02/18/10 | 00007758 |

| EARNINGS | | | | | DEDUCTIONS | | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 38.43 | 23.500 | REG AL | 903.11 | 5379.17 | INSURANC | 135.93 | 815.58 | FWT | 59.70 | 352.15 |
| | | | | | | | | SSEC | 47.57 | 282.94 |
| | | | | | | | | MDCR | 11.12 | 66.16 |
| | | | | | | | | SWT AL | 30.21 | 179.54 |
| | | | | | | | | CNT AL002 | 3.45 | 22.43 |
| | TOTAL | | 903.11 | 5379.17 | | 135.93 | 815.58 | | 152.05 | 903.22 |
| | | | | | | | | NET CHECK | | 615.13 |

| EMP. NO. | EMPLOYEE NAME | | SSEC. NO. | PERIOD END | CHECK DATE | CHECK NO. |
|---|---|---|---|---|---|---|
| 990 | FONDA S WILLIAMSON | | 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 | 02/18/10 | 02/23/10 | 00007768 |

| EARNINGS | | | | | DEDUCTIONS | | | STD. WITH-HOLDINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURS | RATE | DESC. | AMOUNT | Y-T-D | DESC. | AMOUNT | BALANCE | DESC. | AMOUNT | Y-T-D |
| 36.23 | 23.500 | REG AL | 851.41 | 6230.58 | INSURANC | 135.93 | 951.51 | FWT | 51.95 | 404.10 |
| | | | | | | | | SSEC | 44.36 | 327.30 |
| | | | | | | | | MDCR | 10.37 | 76.53 |
| | | | | | | | | SWT AL | 28.03 | 207.57 |
| | | | | | | | | CNT AL002 | 3.22 | 25.65 |
| | TOTAL | | 851.41 | 6230.58 | | 135.93 | 951.51 | | 137.93 | 1041.15 |
| | | | | | | | | NET CHECK | | 577.55 |

